JOHNSON, Respondent, v. THOMAS O'CONNOR, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

SOCRATES COCKINIAS and Another, Respondents, v. THEODORE L. MATSUKES and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal to be filed on or before February 19, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

MICHAEL MANSUETO, Respondent, v. CRAMER-MEYER-DRYER COMPANY, Appellant, Impleaded, etc. MICHAEL MANSUETO, Respondent, v. CRAMER-MEYER-DRYER COMPANY, Appellant, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

JAMES TOZZI, Appellant, v. CENTRAL OF GEORGIA RAILWAY COMPANY, Respondent.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HELENA PARISI, Respondent, v. SOLOMON H. STERNBERG, Appellant, Impleaded. etc. GUEIDI PARISI, Respondent, v. SOLOMON H. STERNBERG, Appellant, Impleaded, etc.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

EDNA P. MORTON, Respondent, v. MARC F. CHARRIER, Appellant.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

JESSIE LEVIN, Respondent, v. SAMUEL STORES, INC., Appellant.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

JESSIE LEVIN, Respondent, v. SAMUEL STORES, INC., Appellant.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

SOLOMON GREENWALD, Appellant, v. THE STATE BANK and Another, Respondents.—Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

SOLOMON GREENWALD, Appellant, v. THE STATE BANK and Another, Respondents.—Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

SUSAN MURRAY, Respondent, v. ANNA RYAN and Another, as Executors, etc., Appellants.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

ROBERT FULTON APARTMENTS, INC., Appellant, v. GEORGE C. JELLENIK, Respondent.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

LOUIS RITTENBERG and Others, Appellants. v. HARRY KUPFERSCHMID and Others, Respondents.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HORACE KOLA and Others, Respondents, v. ABE I. FEINBERG, Appellant.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant, v. REMINGTON PAPER AND POWER CO., INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.